## UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHANE BYRON WHITEHORSE,<br><br>Defendant. | Case No. CR07-5487<br><br>INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION |

THIS MATTER came before the Court for an initial hearing on April 23, 2008 regarding the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision. The plaintiff appeared through Assistant United States Attorney, David Jennings. The defendant appeared personally and represented by counsel, Miriam Schwartz.

The U.S. Probation Office filed a petition alleging violations of the terms and conditions of supervision, and the defendant was advised of the allegation(s).

The court found probable cause with regard to the allegation(s) and scheduled a hearing on the petition to be held at the time and date below set forth before Judge J. Kelley Arnold:

*Date of hearing: Friday, May 2, 2008*

*Time of hearing: 2:00pm*

On Monday, April 28, 2008, the Court held a detention hearing. The plaintiff appeared through Assistant United States Attorney, Michael Dion. The defendant appeared personally and represnted by counsel, Linda Sullivan. After hearing discussion, and based on agreement of counsel and the defendant, the defendant is ORDERED detained. Probation will investigate reasonable alternatives to detention, specifically the defendant's mother's home. If that residence is approved, Probation may present a stipulation to the court for its consideration anytime prior to May 2, 2008. If the defendant is still in custody on May 2, 2008, the issue of detention will be revisited.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

April 30, 2008.

s/ Karen L. Strombom
Karen L. Strombom, U.S. Magistrate Judge

ORDER
Page - 1